7jgmthhd (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Tina Lee Campbell
*Debtor*

*Bankruptcy Case No.*
15−41928−abf7

**Donald L. Shanks**
   Plaintiff(s)

*Adversary Case No.*
15−04122−abf

v.

**Tina Lee Campbell**
   Defendant(s)

## JUDGMENT

    This proceeding having come on for trial or hearing before the court, the Honorable Arthur B. Federman , United States Bankruptcy Judge, presiding, and the issues having been duly tried or heard and a decision having been rendered.

***IT IS ORDERED AND ADJUDGED***: Judgement is hereby entered in favor of Plaintiff Donald L. Shanks, and against Debtor−Defendant Tina Lee Campbell, in the amount of $2,475.00, plus costs in the amount of $350.00, with such judgment being NONDISCHARGEABLE pursuant to 11 U.S.C. § 523(a)(5). The Plaintiffs request for attorney fees is DENIED.



Paige Wymore−Wynn
Acting Court Executive

By: /s/ Dawn Meador
    Deputy Clerk

Date of issuance: 12/28/15

Court to serve